In re **Thomas Dean Pogemiller,**
       **Carol Iverson Pogemiller**                                    Case No. __**08-44738**__
_____,
                            Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Credit, Inc.**<br>**c/o Coca Cola**<br>**400 W. Lake St.**<br>**Suite 111**<br>**Roselle, IL 60172-0849** | | J | **Collection** | | | | **2,596.00** |
| Account No. **3499911087097183**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | J | **Opened 10/01/88  Last Active  5/13/08**<br>**CreditCard** | | | | **39,413.00** |
| Account No. **3499905884755433**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | J | **Opened  7/01/88  Last Active  4/29/08**<br>**CreditCard** | | | | **7,535.00** |
| Account No. **5490-5000-1561-7215**<br><br>**Bank of America**<br>**Attn: Bankruptcy Dept NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC 27420** | | J | **Opened  9/01/95  Last Active  4/30/08**<br>**CreditCard** | | | | **15,092.00** |

__5__ continuation sheets attached

Subtotal
(Total of this page)                                  **64,636.00**

In re **Thomas Dean Pogemiller,**
**Carol Iverson Pogemiller**,
Debtors

Case No. **08-44738**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5401-2624-7209-2873**<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | J | Opened 5/01/95 Last Active 5/14/08<br>CreditCard | | | | 4,897.00 |
| Account No. **4313-0889-7100-0533**<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | J | Opened 2/01/93 Last Active 5/02/08<br>CreditCard | | | | 8,144.00 |
| Account No. **427651027429702**<br><br>**BP**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | J | Credit card purchases | | | | 500.00 |
| Account No. **5291-1518-3588-2851**<br><br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** | | J | Opened 12/01/00 Last Active 5/02/08<br>CreditCard | | | | 4,649.00 |
| Account No. **4226-3107-7000-3617**<br><br>**Chase Na**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | | J | Opened 9/30/97 Last Active 5/23/08<br>CreditCard | | | | 4,877.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **23,067.00**

In re **Thomas Dean Pogemiller,**
**Carol Iverson Pogemiller**

Case No. **08-44738**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5369-9331-7159-8531**<br><br>**Chase Na**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | | J | **Opened 11/22/94 Last Active 5/09/08**<br>**CreditCard** | | | | **7,425.00** |
| Account No. **4253-3032-8800-2003**<br><br>**Chase Na**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | | J | **Opened 4/01/94 Last Active 5/01/08**<br>**CreditCard** | | | | **6,166.00** |
| Account No. **639-846-450**<br><br>**Citgo**<br>**P.O. Box 689095**<br>**Des Moines, IA 50368** | | J | **Credit card purchases** | | | | **Unknown** |
| Account No. **5424-1805-4931-9165**<br><br>**Citi**<br>**Attention: Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64915** | | J | **Opened 7/01/94 Last Active 5/30/08**<br>**CreditCard** | | | | **4,190.00** |
| Account No.<br><br>**CTSI**<br>**1035 Bellevue Ave.**<br>**Suite 502**<br>**Saint Louis, MO 63117** | | J | **11/2007**<br>**Medical Bill** | | | | **Unknown** |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **17,781.00**

In re **Thomas Dean Pogemiller,**
**Carol Iverson Pogemiller** ,
Debtors

Case No. **08-44738**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dierbergs**<br>**PO Box 797029**<br>**Saint Louis, MO 63179** | | J | **Services** | | | | 214,385.74 |
| Account No. **6011-0078-4500-2848**<br>**Discover Financial**<br>**Attention: Bankruptcy Department**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | J | **Opened 10/01/87 Last Active 5/09/08**<br>**CreditCard** | | | | 5,517.00 |
| Account No. **4988-8200-0735-7147**<br>**First Equity Corporate Card**<br>**PO Box 84075**<br>**Mc Cool, MS 39108** | | J | **Credit card purchases** | | | | 1,000.00 |
| Account No.<br>**First Funds**<br>**240 W. 35th St., 16th Floor**<br>**New York, NY 10001** | | J | **Services** | | | | 20,824.81 |
| Account No. **441712815500**<br>**Fst Usa Bk B**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | | J | **Opened 9/22/95 Last Active 5/16/08**<br>**CreditCard** | | | | 9,414.00 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **251,141.55**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Dean Pogemiller,** Case No. **08-44738**
**Carol Iverson Pogemiller**
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7714100378399596**<br><br>**GE Money Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | **Credit card purchases** | | | | **1,900.00** |
| Account No. **24634560-10**<br><br>**Heartland Bank**<br>**14125 Clayton Rd.**<br>**Chesterfield, MO 63017** | | J | **Services** | | | | **217,000.00** |
| Account No.<br><br>**Herzog Crebs**<br>**515 N. 6th St., Ste. 2400**<br>**Saint Louis, MO 63101** | | J | **Services** | | | | **3,884.52** |
| Account No.<br><br>**Hollander CPA Group**<br>**8 Westbury**<br>**Saint Charles, MO 63301** | | J | **Services** | | | | **2,501.00** |
| Account No. **5543565033004370**<br><br>**Hsbc Bank**<br>**12447 Sw 69th Ave**<br>**Tigard, OR 97223** | | J | **Opened 8/01/98 Last Active 5/04/08**<br>**CreditCard** | | | | **6,000.00** |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **231,285.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re **Thomas Dean Pogemiller,**
**Carol Iverson Pogemiller**,
Debtors

Case No. **08-44738**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5437-0002-6047-0036** <br><br> **Hsbc Nv** <br> **Hsbc Retail Services Attention: Bankru** <br> **Po Box 15522** <br> **Wilmington, DC 19850** | | J | **Opened 10/01/92 Last Active 4/25/08** <br> **CreditCard** | | | | **4,016.00** |
| Account No. <br><br> **Phillips Edison & Co.** <br> **11501 Northlake Dr.** <br> **Cincinnati, OH 45249** | | J | **Services** | | | | **7,134.88** |
| Account No. **903702065710001** <br><br> **Sallie Mae 3rd Pty Lsc** <br> **Attn: Claims Dept** <br> **Po Box 9400** <br> **Wilkes Barre, PA 18773** | | H | **Opened 1/01/05 Last Active 3/27/08** <br> **Educational** | | | | **48,492.00** |
| Account No. **4465-4201-0581-0675** <br><br> **Wells Fargo** <br> **Po Box 60510** <br> **Los Angeles, CA 90060** | | J | **Opened 2/01/02 Last Active 5/27/08** <br> **CreditCard** | | | | **4,190.00** |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **63,832.88**

Total (Report on Summary of Schedules) **651,743.95**

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Thomas Dean Pogemiller**
**Carol Iverson Pogemiller**
Debtor(s)

Case No. **08-44738**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 21, 2009**     Signature **/s/ Thomas Dean Pogemiller**
**Thomas Dean Pogemiller**
Debtor

Date **July 21, 2009**     Signature **/s/ Carol Iverson Pogemiller**
**Carol Iverson Pogemiller**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.