UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-44738 |
| | ) | Chapter 7 |
| Thomas Pogemiller | ) | |
| and | | |
| Carol Pogemiller, | ) | |
|     Debtors | ) | |

MEMORANDUM TO THE COURT

Come Now, Thomas and Carol Pogemiller, debtors, by Beverly Kinds Stewart, through undersigned counsel, and states:

    1. Debtors have filed an Amended Schedule F to delete creditors, Richard Shirley and Stacie Shirley, from this bankruptcy case.

CERTIFICATE OF SERVICE

The undersigned party, attorney for a party, or agent therefore hereby certifies that on this 22nd day of July, 2009, copies of the documents identified below were to the parties listed.

**DOCUMENTS SERVED:** Memo to the Court

                                          Respectfully submitted

                                          /S/ Beverly Kinds Stewart
                                          Beverly Kinds Stewart #39792
                                          Attorney for Debtor
                                          797 W. Terra Lane
                                          O'Fallon, MO 63366
                                          Ph 636-978-8833 Fax 636-281-1504
                                          Ellingerecf@aol.com

Mailed to:

Richard and Stacie Shirley
2353 Jay Court
O'Fallon, MO 63368

Thomas and Carol Pogemiller
302 Villa Tuscany Ct.
O'Fallon, MO 63366